**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>VERONICA CRUZ-JIMENEZ,<br><br>    Defendant - Appellant. | No. 11-30210<br><br>D.C. No. 4:10-cr-00073-BLW-10<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief District Judge, Presiding

Submitted August 9, 2012[**]
Seattle, Washington

Before: GRABER, RAWLINSON, and BLACK[***], Circuit Judges.

Appellant Veronica Cruz-Jimenez (Cruz-Jimenez) challenges her conviction

for conspiracy to distribute methamphetamine. Cruz-Jimenez asserts that a new

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable Susan H. Black, United States Senior Circuit Judge for the Eleventh Circuit, sitting by designation.

trial is warranted because the district court improperly admitted a non-testifying co-conspirator's statement regarding Cruz-Jimenez's involvement in the conspiracy.

The district court properly admitted the co-conspirator's statement pursuant to Federal Rule of Evidence 801(d)(2)(E) because Cruz-Jimenez actively participated in the conspiracy to distribute methamphetamine and the statement was made in furtherance of the conspiracy. *See United States v. Bridgeforth*, 441 F.3d 864, 869 (9th Cir. 2006). Because the statement was admissible as a co-conspirator statement, Cruz-Jimenez's Confrontation Clause rights were not violated. *See id.* at 868-69.

Even if the district court erred in admitting the statement, any error was harmless given the substantial evidence of Cruz-Jimenez's involvement in the conspiracy. *See United States v. Hardy*, 289 F.3d 608, 613 (9th Cir. 2002), *as amended*; *see also United States v. Gonzalez-Flores*, 418 F.3d 1093, 1102 (9th Cir. 2005).

**AFFIRMED.**